No. 75–1605. NIXON v. ADMINISTRATOR OF GENERAL SERVICES ET AL. Appeal from D. C. D. C. Probable jurisdiction noted.

No. 75–1874. JONES, SECRETARY, DEPARTMENT OF CORRECTION OF NORTH CAROLINA, ET AL. v. NORTH CAROLINA PRISONERS' LABOR UNION, INC. Appeal from D. C. E. D. N. C. Probable jurisdiction noted.

No. 76–422. DOTHARD, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY OF ALABAMA, ET AL. v. RAWLINSON ET AL. Appeal from D. C. M. D. Ala. Probable jurisdiction noted.

No. 76–423. PUYALLUP TRIBE, INC., ET AL. v. DEPARTMENT OF GAME OF WASHINGTON ET AL. Sup. Ct. Wash. Certiorari granted. The Solicitor General is invited to file a brief expressing the views of the United States.

No. 75–6968. SWEENEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–18. FLORES ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–19. HENNING, AKA WARREN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 76–62. EISENBERG v. UNITED STATES. C. A. 2d Cir. Certiorari denied.